THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BRENDAN SCHROEDER | § § § | |
| | § | CIVIL NO. 4:25-CV-00669-SDJ-BD |
| v. | § | |
| | § | |
| TEXOMA MEDICAL CENTER, ET AL. | § § § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 15, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #17), that the Complaint (Dkt. #1), be dismissed.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Complaint, (Dkt. #1), is **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that, within 14 days of the docketing of this order, Plaintiff amend his Complaint. If he fails to do so, the Complaint will be dismissed with prejudice.

1

**So ORDERED and SIGNED this 23rd day of February, 2026.**

_____

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE